## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Rodney Smith

                              Plaintiff,

v.                                                    Case No.: 1:15–cv–09645
                                                      Honorable Matthew F. Kennelly

Pfizer, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 3, 2017:

    MINUTE entry before the Honorable Matthew F. Kennelly: The Court grants defendants' motion to dismiss this case with prejudice. The motion discloses that plaintiff failed to provide a plaintiff's fact sheet as required by Second Amended Case Management Order (CMO) 9 within the time required and still failed to do so after defense counsel served a warning letter as provided in CMO 9. Plaintiff has failed to respond to the motion to dismiss within the time required by CMO 9, E.2.c, and has not sought an extension of time. Plaintiff's counsel of record are ordered to send a copy of this order to plaintiff and is further directed to certify compliance with this directive, via a written verification filed in this case, within 14 days of the entry of this order. The Clerk is directed to enter judgment dismissing this case with prejudice. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.